01
02
03
04
05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 UNITED STATES OF AMERICA,       )   CASE NO.:   05-564M
                                    )                06-007M
09          Plaintiff,              )
                                    )
10          v.                      )   DETENTION ORDER
                                    )
11 WILLIAM EDWARD COOK,             )
                                    )
12          Defendant.              )
                                    )
_____ )
13

14 <u>Offense charged</u>:

15          Escape; Bank Robbery

16 <u>Date of Detention Hearing</u>:    Initial Appearance January 4, 2006

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19 that no condition or combination of conditions which defendant can meet will reasonably assure

20 the appearance of defendant as required and the safety of other persons and the community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22          (1)       Defendant is charged in case number 05-564 with escape from a halfway house in

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                            Rev. 1/91
PAGE 1

01  November 2005, and in case number 06-0007 with Bank Robbery on January 3, 2006.

02      (2)    Defendant has an extensive criminal history.  He was not interviewed by pretrial

03  services.  There is no additional information regarding his personal history, residence, family ties,

04  ties to this District, physical/mental health or controlled substance use if any, income, financial

05  assets or liabilities.

06      (3)    The defendant does not contest detention.

07      (4)     The defendant poses a risk of nonappearance due to his association with several

08  personal identifiers, history of failing to comply with court orders, the escape charge, and history

09  of failing to appear.  He poses a risk of danger due to his criminal history and the nature of the

10  current charges.

11      (5)    There does not appear to be any condition or combination of conditions that will

12  reasonably assure the defendant's appearance at future Court hearings while addressing the danger

13  to other persons or the community.

14  It is therefore ORDERED:

15      (1)    Defendant shall be detained pending trial and committed to the custody of the

16          Attorney General for confinement in a correction facility separate, to the extent

17          practicable, from persons awaiting or serving sentences or being held in custody

18          pending appeal;

19      (2)    Defendant shall be afforded reasonable opportunity for private consultation with

20          counsel;

21      (3)    On order of a court of the United States or on request of an attorney for the

22          Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER                                                           15.13
18 U.S.C. § 3142(i)                                                    Rev. 1/91
PAGE 2

01     confined shall deliver the defendant to a United States Marshal for the purpose of

02     an appearance in connection with a court proceeding; and

03  (4)     The clerk shall direct copies of this Order to counsel for the United States, to

04     counsel for the defendant, to the United States Marshal, and to the United States

05     Pretrial Services Officer.

06  DATED this  4th  day of  January , 2006.

07

08     Mary Alice Theiler
       United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 3