The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>       v.<br>WILLIAM EDWARD COOK,<br><br>                              Defendant. | NO. CR 06-15RSL<br><br>ORDER<br>CONTINUING TRIAL DATE |

Based upon the reasons stated in the joint motion of the parties to continue the trial date, and upon a review of the records and files herein, this Court adopts the stipulation of the parties and FINDS and RULES as follows:

On January 4, 2006, a criminal complaint was filed charging the defendant, WILLIAM EDWARD COOK, with bank robbery, in violation of Title 18, United States Code, Section 2113(a). Specifically, the complaint alleged that on January 3, 2006, COOK robbed a branch of Washington Mutual Bank, in Kent, Washington, of $2560.00. On January 18, 2006, a grand jury returned an Indictment charging COOK with the conduct and on January 26, 2006, COOK was arraigned on that charge. At the arraignment, a March 27, 2006, trial date was set.

In addition to this pending charge, COOK has also been charged, by criminal complaint, with Escape, in violation of Title 18, United States Code, Section 751(a),

Order to Continue Trial Date - 1
United States v. William Edward Cook, No CR 06-15RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  for failing to return to Pioneer Fellowship House.  See United States v. Cook, 05-
2  564M.  The Escape complaint alleges that on November 19, 2005, COOK left Pioneer
3  Fellowship House and failed to return.  COOK was at Pioneer Fellowship House
4  finishing his sentence for a previous federal conviction for bank robbery.  See United
5  States v. Cook, 00-546P (on September 7, 2001, the Honorable Marsha J. Pechman
6  sentenced COOK on September 7, 2001, to a term of incarceration of sixty-three (63)
7  months, to be followed by three years of supervised release).
8         The government has indicated that COOK is also a suspect in up to ten (10)
9  other bank robberies that occurred in the Western District of Washington in November
10 and December 2005.  The government has submitted that the investigation of the
11 additional robberies is ongoing, but not yet completed, and a Superseding Indictment
12 charging additional counts is anticipated in this matter.
13        The parties have jointly moved for a continuance of the trial date.  As grounds
14 therefore, the parties have cited the complications involved in resolving the present case
15 with other pending matters, as well as with possible additional charges.  The parties
16 submit that they have been in discussions regarding resolution of this case, and believe
17 it to be most prudent to try to resolve the pending case with all other bank robberies, as
18 well as the outstanding Escape charge.  However, the parties have indicated that the
19 current trial date of March 27, 2006, does not afford the parties the time necessary to
20 investigate the other robberies, as well as to explore the ramifications of the Escape
21 charge and the commission of the current offense on COOK's prior conviction.
22        The parties agree that the ends of justice served by granting this motion to
23 continue outweigh the best interest of the public and defendant in a speedy trial.  The
24 parties also agree that the case is unusual because of the prior conviction, pending
25 Escape charge, and likely additional counts of bank robbery.
26        It therefore appearing to the Court that the case is unusual and that the ends of
27 justice served by granting the requested continuance outweigh the interest of the public
28 and the defendants in a speedy trial,

Order to Continue Trial Date - 2
United States v. William Edward Cook, No CR 06-15RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1     IT IS ORDERED that the trial date be continued from March 27, 2006, until
2 May 30, 2006.

3     IT IS FURTHER ORDERED that the period of delay from the date of this
4 Order, until May 30, 2006, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A),
5 for the purpose of computing the time limitations imposed by the Speedy Trial Act,

6     DATED this 15th day of March, 2006.

                                                              Robert S. Lasnik
                                                              United States District Judge

Presented By:

JOHN McKAY
United States Attorney

/s/ Tessa M. Gorman
TESSA M. GORMAN
Assistant United States Attorney
WSBA# 35908
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone (206) 553-4994
Facsimile (206) 553-0755
Email: Tessa.Gorman@usdoj.gov

/s/ Robert H. Gombiner*
ROBERT H. GOMBINER
Assistant Federal Public Defender
WSBA # 16093
Counsel for WILLIAM COOK
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Telephone (206) 553-1100
Facsimile (206) 553-0120
Email: robert_gombiner@fd.org

Order to Continue Trial Date - 3
United States v. William Edward Cook, No CR 06-15RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  *Signed electronically per telephone authorization.

Order to Continue Trial Date - 4

United States v. William Edward Cook, No CR 06-15RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970