The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WILLIAM EDWARD COOK, ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  CR 06-15RSL <br><br> ORDER CONTINUING TRIAL DATE |

Based upon the reasons stated in the joint motion of the parties to continue the trial date, and upon a review of the records and files herein, this Court adopts the stipulation of the parties and FINDS and RULES as follows:

The parties have jointly moved for a continuance of the trial date.  As grounds therefore, the parties have cited the complications involved in resolving the present case with other pending matters, as well as with possible additional charges, including additional bank robberies.  The parties submit that they have been in discussions regarding resolution of this case, and believe it to be most prudent to try to resolve the pending case with all other bank robberies, as well as the outstanding Escape charge. However, the parties have indicated that the current trial date of May 30, 2006, does not afford the parties the time necessary to investigate the other robberies, as well as to explore the ramifications of the Escape charge and the commission of the current

[Proposed] Order Continuing Trial Date - 1
United States v. William Edward Cook, No CR 06-15RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  offense on COOK's prior conviction.

2  The parties agree that the ends of justice served by granting this motion to
3  continue outweigh the best interest of the public and defendant in a speedy trial.  The
4  parties also agree that the case is unusual because of the prior conviction, pending
5  Escape charge, and likely additional counts of bank robbery.

6  It therefore appearing to the Court that the case is unusual and that the ends of
7  justice served by granting the requested continuance outweigh the interest of the public
8  and the defendants in a speedy trial.

9  IT IS ORDERED that the trial date be continued from May 30, 2006, until
10 July 24, 2006.

11 IT IS FURTHER ORDERED that the period of delay from the date of this
12 Order, until July 24, 2006, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A),
13 for the purpose of computing the time limitations imposed by the Speedy Trial Act.

14
15 DATED this 22nd day of May, 2006.

16
17 Robert S. Lasnik
18 United States District Judge

19
20 Presented By:

21 JOHN McKAY
   United States Attorney
22
23 /s/ Tessa M. Gorman
   TESSA M. GORMAN
24 Assistant United States Attorney
   WSBA# 35908
25 United States Attorney's Office
   700 Stewart Street, Suite 5220
26 Seattle, Washington 98101
27 Telephone (206) 553-4994
   Facsimile (206) 553-0755
28 Email:  Tessa.Gorman@usdoj.gov

[Proposed] Order Continuing Trial Date - 2
United States v. William Edward Cook, No CR 06-15RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | /s/ Robert H. Gombiner* |
| 2 | ROBERT H. GOMBINER<br>Assistant Federal Public Defender |
| 3 | WSBA # 16093 |
| 4 | Counsel for WILLIAM COOK<br>Federal Public Defender's Office |
| 5 | 1601 Fifth Avenue, Suite 700<br>Seattle, Washington 98101 |
| 6 | Telephone (206) 553-1100 |
| 7 | Facsimile (206) 553-0120<br>Email: robert_gombiner@fd.org |
| 8 | |
| 9 | *Signed electronically per telephone authorization. |

[Proposed] Order Continuing Trial Date - 3
United States v. William Edward Cook, No CR 06-15RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970