The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>         v.<br><br>WILLIAM EDWARD COOK,<br><br>                     Defendant. | NO.  CR 06-15RSL<br><br>ORDER<br>CONTINUING TRIAL DATE |

Based upon the reasons stated in the joint motion of the parties to continue the trial date, and upon a review of the records and files herein, this Court adopts the stipulation of the parties and FINDS and RULES as follows:

The parties have jointly moved for a continuance of the trial date, currently scheduled for July 24, 2006. As primary grounds therefore, the parties indicated that, due to a conflict of interest with prior counsel, on July 18, 2006, less than a week before the scheduled trial, new counsel, Thomas A. Cena, Jr., was appointed. Thus, a failure to grant a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

Moreover, the case is further complicated by additional uncharged robberies, as well as a pending Escape charge. The parties have indicated that the current trial date

[Proposed] Order Continuing Trial Date - 1
United States v. William Edward Cook, No CR 06-15RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  of July 24, 2006, does not afford new counsel the time necessary to investigate the
2  current charge, the additional robberies, as well as to explore the ramifications of the
3  Escape charge and the commission of the current offense on defendant's prior
4  conviction.
5        The parties agree that the ends of justice served by granting this motion to
6  continue outweigh the best interest of the public and defendant in a speedy trial.  The
7  parties also agree that the case is unusual because of the prior conviction, pending
8  Escape charge, and likely additional counts of bank robbery.
9        It therefore appearing to the Court that the failure to grant a continuance would
10 unreasonably deny counsel for the defendant the reasonable time necessary for effective
11 preparation, taking into account the exercise of due diligence, see 18 U.S.C. §
12 3161(h)(8)(B)(iv), and thus that the ends of justice served by granting the requested
13 continuance outweigh the interest of the public and the defendant in a speedy trial,
14       IT IS ORDERED that the trial date be continued from July 24, 2006, until
15 October 2, 2006.  Within ten (10) days of this order, defense counsel will file a waiver
16 by defendant of his right to a speedy trial under the Sixth Amendment for this time
17 period.
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

[Proposed] Order Continuing Trial Date - 2
United States v. William Edward Cook, No CR 06-15RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   IT IS FURTHER ORDERED that the period of delay from the date of this
2   Order, until October 2, 2006, is excludable time pursuant to 18 U.S.C.
3   § 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the
4   Speedy Trial Act.
5   DATED this 21st day of July, 2006.

s/Ricardo S. Martinez *for*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented By:

JOHN McKAY
United States Attorney

/s/ Tessa M. Gorman
TESSA M. GORMAN
Assistant United States Attorney
WSBA# 35908
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone (206) 553-4994
Facsimile (206) 553-0755
Email:  Tessa.Gorman@usdoj.gov

/s/ Thomas A. Cena, Jr.*
THOMAS A. CENA, JR.
Attorney at Law
Counsel for WILLIAM COOK
2115 North 30th, Suite 202
Tacoma, Washington   98403-3318
Telephone (253) 572-5120
Facsimile (253) 593-4503

*Signed electronically per telephone authorization.

[Proposed] Order Continuing Trial Date - 3
United States v. William Edward Cook, No CR 06-15RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970